IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD DOUGLASS HYATT                                       PLAINTIFF

v.                                 Case No. 4:21-cv-4036

SHERIFF RUNION, *et al*.                                        DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation filed on June 1, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant Recommends that Plaintiff's Amended Complaint (ECF No. 7) be dismissed without prejudice for failing to state cognizable claims under 42 U.S.C § 1983. ECF No. 11, p. 3-5.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of July, 2021.

                                                               /s/ Susan O. Hickey
                                                                Susan O. Hickey
                                                                Chief United States District Judge